# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| In re: | Case No. G20-21649-JRS |
|---|---|
| JASON LEON TOWNSEND | |
| Debtor(s) | |

## STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 12/16/2020.

2) The plan was confirmed on 08/19/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/08/2023.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,336.00.

10) Amount of unsecured claims discharged without payment: $5,257.66.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,500.00 |
| Less amount refunded to debtor | $264.99 |

**NET RECEIPTS:** $14,235.01

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,813.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $895.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,708.27

Attorney fees paid and disclosed by debtor:  $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Unsecured | 3,017.15 | 3,017.15 | 3,017.15 | 3,017.15 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | 9,764.40 | 731.00 | 731.00 | 731.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | NA | 0.00 | 9,866.51 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVEN | Priority | 0.00 | 337.66 | 337.66 | 337.66 | 0.00 |
| GEORGIA DEPARTMENT OF REVEN | Unsecured | NA | 19.20 | 19.20 | 19.20 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,788.00 | 1,788.00 | 1,788.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 75.00 | 75.00 | 75.00 | 0.00 |
| IRS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED FINANCE & TAX SERVI | Unsecured | 855.34 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| SUNSET FINANCE COMPANY OF W | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |
| SUNSET FINANCE OF WINDER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ACCOUNTS | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 876.74 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 513.58 | NA | NA | 0.00 | 0.00 |
| MTG SOL COLO/DOVENMUEH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NOBLE FINANCE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NOBLE FINANCE OF WINDER LLC | Unsecured | 789.00 | NA | NA | 0.00 | 0.00 |
| SERVIS ONE, INC. DBA BSI FINANCI | Secured | 13,820.00 | 994.82 | 13,820.74 | 994.82 | 0.00 |
| SERVIS ONE, INC. DBA BSI FINANCI | Secured | NA | 0.00 | 1,038.00 | 0.00 | 0.00 |
| TEA OLIVE, LLC | Unsecured | 970.00 | 970.00 | 970.00 | 970.00 | 0.00 |
| WORLD FINANCE CORP | Unsecured | 544.28 | 593.91 | 593.91 | 593.91 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,820.74 | $994.82 | $0.00 |
| Debt Secured by Vehicle | $10,597.51 | $731.00 | $0.00 |
| All Other Secured | $1,038.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,456.25** | **$1,725.82** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $337.66 | $337.66 | $0.00 |
| **TOTAL PRIORITY:** | **$337.66** | **$337.66** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,463.26** | **$6,463.26** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,708.27 |
| Disbursements to Creditors | $8,526.74 |
| **TOTAL DISBURSEMENTS:** | **$14,235.01** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/23/2023

By: /s/ Nancy Whaley
  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

Case No. G20-21649-JRS

I certify that on this day I caused a copy of this Trustee's Final Report to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
JASON LEON TOWNSEND
132 CIRCLE DR.
WINDER, GA  30680

I further certify that I have on this day electronically filed the foregoing Trustee's Final Report using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
LAW OFFICE OF MATTHEW T. BERRY & ASSOCIATES

This the 23rd day of June, 2023.

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**